## Baltzell, Appellant, v. Cook.

Argued Nov. 8, 1901. Appeal, No. 229, Oct. T., 1901, by plaintiffs, from judgment of C. P. Blair Co., Oct. T., 1899, No. 153, for defendants, non obstante veredicto in case of Charles D. Baltzell and J. T. Baltzell, Jr., trading as Baltzell Brothers, v. Lucius W. Cook. Before RICE, P. J., BEAVER, ORLADY, W. W. PORTER and W. D. PORTER, JJ. Reversed.

*Thomas H. Greevy,* for appellant.

*J. S. Leisenring,* for appellee.

OPINION BY W. D. PORTER, J., March 14, 1902:

This record presents the same questions which are discussed in the opinion this day filed in the appeal No. 219, October term, 1901, of this court, and the parties to the litigation are identical.

The judgment is reversed, and a venire facias de novo awarded.